UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN NOURI,<br><br>    Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 2:24-cv-02397-CBM-MARx<br><br>**ORDER REMANDING ACTION TO STATE COURT   [9][ JS-6]**<br><br>Judge: Hon. Consuelo B. Marshall |

1

1   Per the stipulation of Plaintiff Ramin Nouri ("Plaintiff") and Defendant
2   PORSCHE CARS NORTH AMERICA, INC. ("Defendant") collectively "the
3   Parties"

4   X IT IS HEREBY ORDERED that The Parties' Joint Stipulation to Remand
5   Action to State Court is GRANTED.
6   X IT IS FURTHER HEREBY ORDERED that this case is REMANDED to the Los
7   Angeles Superior Court in the County of Los Angeles.

9   IT IS SO ORDERED.
10  Dated: APRIL 18, 2024

_____
Hon. Consuelo B. Marshall
United States District Judge
Central District of California